IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **THE SOLOMON FOUNDATION,** <br><br> Plaintiff, <br><br> vs. <br><br> **CHRISTIAN FINANCIAL RESOURCES, INC.,** *et al.*, <br><br> Defendants. | Case No. 1:22-CV-00993-JRR |

**PROPOSED ORDER DENYING**
**DEFENDANTS' MOTION TO DISMISS [DOC. 19]**

The Court, having reviewed the Defendants' Motion to Dismiss [Doc. 19], and being fully advised in the premises therein, hereby denies said Motion. The Defendants shall answer Plaintiff's Complaint on or before the \_\_\_\_ day of _____, 2022.

**SO ORDERED** this \_\_\_\_ day of _____, 2022.

                                                      BY THE COURT:

                                                      _____
                                                      Judge Julie Rebecca Rubin
                                                      United States District Court
                                                      District of Maryland (Baltimore)